Decision Per Curiam.

---

W. J. Hillman and R. J. Knight, late copartners under the firm name of W. J. Hillman & Co., Plaintiffs in Error, vs. Elizabeth J. Hoxsie, Defendant in Error.

Writ of error to Circuit Court Marion county.

*H. L. Anderson*, for Plaintiffs in Error.

*Anderson & Hocker*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error.

Writ of error dismissed on motion of counsel for defendant in error.